[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-11245
Non-Argument Calendar
_____

D.C. Docket No. 1:13-cr-20827-UU-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE ANTONIO COX-CUELLAR,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(October 28, 2014)

Before TJOFLAT, WILSON and JULIE CARNES, Circuit Judges.

PER CURIAM:

Alfredo Izaguirre, counsel for Jose Cox-Cuellar in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Cox-Cuellar's conviction and sentence are **AFFIRMED**.